UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x  :

PHOENIX WAREHOUSE OF CALIFORNIA, LLC,  :
                                                            :
                                    Plaintiff,              :   08-cv-2856 (NRB)
                                                            :
                    v.                                      :   **STIPULATION ADJOURNING**
                                                            :   **DEFENDANT'S TIME TO ANSWER,**
TOWNLEY, INC.,                                              :   **MOVE OR OTHERWISE RESPOND**
                                                            :   **TO THE COMPLAINT**
                                    Defendant.              :
                                                            :
----------------------------------------------------------x  :

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys

of record, as follows:

1.    The time for the defendant Townley, Inc., to answer, move or otherwise respond to

the Complaint in this action is hereby extended to and including May 9, 2008;

2.    This Stipulation may be executed by counsel in counterparts and via facsimile.

Dated: New York, New York
       April 9, 2008

PIKEN AND PIKEN                          MOSES & SINGER LLP

By:                                      By:
    Robert Piken, Esq, (RP 9448)             Scott E. Silberfein (SS 1947)
630 Third Avenue, 7th Floor              The Chrysler Building
New York, New York  10017                405 Lexington Avenue
Tel:  (212) 682-5522                     New York, New York 10174
*Attorneys for Plaintiff*                Tel:  (212) 554-7800
                                         *Attorneys for Defendant*

SO ORDERED:

Hon. Naomi Reice Buchwald, U.S.D.J.
Dated:  April 17, 2008

683770v1  009630.0100