UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PHOENIX WAREHOUSE OF CALIFORNIA, LLC,

          Plaintiff,

    v.

TOWNLEY, INC.,

          Defendant.
----------------------------------------------------------x

08-cv-2856 (NRB)

**STIPULATION ADJOURNING DEFENDANT'S TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys of record, as follows:

1.    The time for the defendant Townley, Inc., to answer, move or otherwise respond to the Complaint in this action is hereby extended to and including May 20, 2008;

2.    This Stipulation may be executed by counsel in counterparts and via facsimile.

Dated: New York, New York
       May 5, 2008

PIKEN AND PIKEN

By: _____
Robert Piken, Esq., (RP 9448)
650 Third Avenue, 7th Floor
New York, New York 10017
Tel: (212) 682-5522
*Attorneys for Plaintiff*

MOSES & SINGER LLP

By: _____
Scott E. Silberfein (SS 1947)
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Tel: (212) 554-7800
*Attorneys for Defendant*

SO ORDERED:

_____
Hon. Naomi Reice Buchwald, U.S.D.J.
Dated: May 7, 2008

683770v2  909630.0100