UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHOENIX WAREHOUSE OF CALIFORNIA, LLC,

        Plaintiff,

- against -

TOWNLEY, INC.,

        Defendant,

- and -

PHOENIX WAREHOUSE OF NEW JERSEY, L.L.C.,
PHOENIX HOLDING GROUP, L.L.C., ALAN
ANTONUCCI, and CHRISTOPHER ANTONUCCI,

        Additional Counterclaim-Defendants.

------------------------------------------------------------X

Civil Action No.:
08-cv-2856 (NRB)(AJP)

**STIPULATION**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/08

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time for Plaintiff and Additional Counterclaim-Defendants to answer, move or otherwise respond to Defendant's Counterclaims in this action is hereby extended to and including July 18, 2008;

**IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in any number of counterparts and when taken together shall constitute one original document, and any signature transmitted via facsimile or electronic means may likewise be deemed an original.

Dated: May 30, 2008
      New York, New York

PIKEN & PIKEN

By: _____
    Robert W. Piken, Esq.
*Attorneys for Plaintiff and Additional*
*Counterclaim-Defendants*
630 Third Avenue
New York, New York 10017
(212) 682-5522

MOSES & SINGER LLP

By: _____
    Scott E. Silberfein, Esq.
*Attorneys for Defendant*
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
(212) 554-7845

694984v1  009630.0101

SO ORDERED:

*[signature]*
Hon. Naomi Reice Buchwald, U.S.D.J.
Dated: June 12, 2008